■ In the Matter of SHAWN WILLIAMS, Petitioner, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent [54 NYS3d 904]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered January 18, 2017) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.